### DUNCAN v. WALES.

ATKINSON, J.   There being sufficient evidence to support the verdict, the
discretion of the trial judge in refusing to grant a new trial will not be
controlled.                    *Judgment affirmed.   All the Justices concurring.*

Argued April 20, — Decided May 21, 1897.

Complaint on note.   Before Judge Milner.   Catoosa supe-
rior court.   February term, 1896.

*William E. Mann*, for plaintiff in error.
*S. P. Maddox* and *Anderson, Felder & Davis*, contra.

### PEACOCK v. BURROUGH, sheriff.

SIMMONS, C. J.   Under the evidence in this case there was no error in over-
ruling the certiorari.   *Judgment affirmed.   All the Justices concurring.*

Argued April 20, — Decided May 20, 1897.

Certiorari.   Before Judge Milner.   Bartow superior court.
July term, 1896.

*James B. Conyers*, for plaintiff.
*Albert S. Johnson*, for defendant.

### DOUGLAS v. SINGER MANUFACTURING COMPANY.

COBB, J.   1. Nothing is better settled than that an affidavit of illegality can
not, when the defendant has had his day in court, go behind the judg-
ment the progress of which is sought to be arrested.
2. That the defendant in execution "was not allowed to point out property
in his possession sufficient to pay the debt," is not a good ground of ille-
gality.   Whatever may be the rights of such a defendant under section
5423 of the Civil Code, he can avail himself thereof only by actually
pointing out the property upon which he desires the levy to be made.
                    *Judgment affirmed.   All the Justices concurring.*

Submitted April 17, — Decided May 21, 1897.

Affidavit of illegality.   Before Judge Hart.   Laurens supe-
rior court.   July term, 1896.

*Vernon B. Robinson*, for plaintiff in error.
*A. F. Daley*, contra.